FILED ___ ENTERED
LODGED ___ RECEIVED

MAY 2 5 2007    LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
              DEPUTY

07-CV-00809-CMP

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WIZKIDS, INC., a Delaware corporation, | C07-0809 MJP |
| Plaintiff, | Civil Action No. |
| v. | |
| WIZARDS OF THE COAST, INC., a Washington corporation, | **COMPLAINT FOR DECLARATORY JUDGMENT** |
| Defendant. | |

Plaintiff WizKids, Inc. ("WizKids"), for its Complaint against Defendant Wizards of the Coast, Inc. ("WOTC") herein, alleges as follows:

### NATURE OF THE ACTION

1. This action is based on the Declaratory Judgments Act, 28 U.S.C. §§ 2201 and 2202. By this action, WizKids seeks a declaratory judgment of patent non-infringement and invalidity under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*, and other relief as set forth herein.

COMPLAINT FOR DECLARATORY JUDGMENT — 1

DORSEY & WHITNEY LLP
U.S. BANK CITY CENTRE BUILDING
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
(206) 903-8800

ORIGINAL

## THE PARTIES

2. Plaintiff WizKids is a corporation organized and existing under the laws of the State of Delaware and having a place of business at 2002 156th Ave. NE Suite 300, Bellevue, WA 98007.

3. Defendant WOTC is a corporation organized and existing under the laws of the State of Washington and having a place of business at 1600 Lind Ave. SW, Suite 400, Renton, WA 98055.

## JURISDICTION AND VENUE

4. This is an action for declaratory judgment of patent non-infringement and invalidity. This Court has jurisdiction over the subject matter of this action pursuant to the Declaratory Judgments Act, 28 U.S.C. §§ 2201 and 2202, and under the laws of the United States concerning actions relating to patents, 28 U.S.C. §§ 1331 and 1338(a).

5. The Court has personal jurisdiction over the parties, and venue in this Judicial District is proper under 28 U.S.C. §§ 1391(b) and (c).

## EXISTENCE OF ACTUAL CASE AND CONTROVERSY

6. WOTC is the owner by assignment of United States Patent No. 7,201,374 ("the '374 patent"), entitled "Method and Article of Manufacture for Collectable Game," issued to Tyler Bielman on April 10, 2007. Attached hereto as Exhibit 1 is a true and correct copy of the '374 patent.

7. WizKids is a company that develops, markets and sells games, including a game entitled *Pirates of the Spanish Main* and subsequent versions of the game containing the "Pirates" title (collectively referred to herein as "Pirates").

8. By letter dated May 19, 2004, WOTC informed WizKids that WOTC owned the patent application identified as U.S. Patent Pub. No. 2004/0084842 A1, and WOTC asserted that WizKids's Pirates game fell squarely within many of the proposed claims of the pending patent application. WOTC warned that when the patent issued, WOTC would have the right to

DORSEY & WHITNEY LLP
U.S. BANK CITY CENTRE BUILDING
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
(206) 903-8800

sue WizKids for an injunction and damages. WOTC threatened that it would take legal action against WizKids if or when a patent was allowed if WizKids did not cease and desist selling its Pirates game. WizKids responded to the letter on June 4, 2004, denying that the Pirates game was within the scope of any of the then pending claims of WOTC's patent application.

9. On May 21, 2007, in-house counsel for WOTC contacted in-house counsel for WizKids in Bellevue, Washington to inform WizKids that WOTC would issue a press release on May 22 announcing that WOTC had been awarded the '374 patent. She further asserted that although the press release would not expressly mention WizKids's Pirates game, the parties would have to come to an agreement regarding the '374 patent and the Pirates game. WizKids denied, and has consistently denied throughout, that the Pirates game infringes the '374 patent. WOTC offered to enter a litigation "stand still" agreement pursuant to which neither party would commence litigation for three weeks, pending discussions of a resolution of WOTC's position that WizKids's Pirates game infringes the '374 patent.

10. On May 22, 2007, WOTC issued its press release, in which it claimed to have pioneered "constructible strategy games," and implied that such games were covered by its patent. Use of the term "constructible strategy games," a trademark used by WizKids to market its games, is on information and belief a reference to WizKids, and it was so understood by the market. Shortly after the press release appeared, WizKids personnel discovered postings on game-related web logs ("blogs") inquiring about the impact of the WOTC patent on WizKids's Pirates game, WizKids received an e-mail inquiry regarding the effect of the WOTC patent on WizKids's Pirates game from a writer for ICV2.com, a public website that is the leading source of information for gaming industry insiders, consulted daily by retailers for breaking news in the gaming industry, and WizKids received multiple telephone calls from other industry participants inquiring about the same issue.

11. To date, WizKids has not (1) accepted WOTC's offers to enter a "stand still" agreement, (2) licensed the '374 patent, or (3) ceased making, using, offering for sale or selling

DORSEY & WHITNEY LLP
U.S. BANK CITY CENTRE BUILDING
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
(206) 903-8800

the Pirates game. Accordingly, WizKids has a reasonable apprehension that WOTC will bring a lawsuit against WizKids for alleged infringement of the '374 patent.

12. WizKids has suffered and will continue to suffer economic injury due to WOTC's continued and persistent threats of patent enforcement and the looming threats of what may happen to WizKids if it does not acquiesce to WOTC's demands.

13. There is a substantial and justiciable controversy between WizKids and WOTC as to whether any products made, used, sold, or offered for sale by WizKids infringe any claim of the '374 patent and as to whether the '374 patent is valid.

## COUNT I

## DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '374 PATENT

14. WizKids reasserts and incorporates herein by reference the allegations in the above paragraphs as though fully set forth herein.

15. WizKids has not made, used, offered for sale, sold or imported into the United States any product that infringes any claim of the '374 patent.

16. WizKids has not taught others to practice an invention that infringes any claim of the '374 patent.

17. WizKids has not aided or abetted others in practicing an invention that infringes any claim of the '374 patent.

18. WizKids has not infringed—directly, contributorily, or by inducement—any claim of the '374 patent.

## COUNT II

## DECLARATORY JUDGMENT OF INVALIDITY OF THE '374 PATENT

19. WizKids reasserts and incorporates herein by reference the allegations in the above paragraphs as though fully set forth herein.

DORSEY & WHITNEY LLP
U.S. BANK CITY CENTRE BUILDING
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
(206) 903-8800

20. The patent applicant failed to comply with the provisions of 35 U.S.C. §§ 101, 102, 103, 112 and/or the corresponding regulations set forth in the Code of Federal Regulations, rendering the claims of the '374 patent invalid.

**PRAYER FOR RELIEF**

WHEREFORE, WizKids respectfully prays for:

A. entry of a judgment and a declaration that the '374 patent is not infringed;

B. entry of a judgment and a declaration that the '374 patent is invalid;

C. entry of a preliminary and/or permanent injunction enjoining defendant, its officers, agents, servants, employees, attorneys, and those in active concert or participation with it from accusing, threatening, or pursuing litigation against WizKids, its customers, agents, employees, or users of WizKids' methods and products as to infringement of the '374 patent;

D. its costs, pre-judgment interest, and attorneys' fees incurred herein; and

E. such other and further relief as this Court may deem just and equitable.

DATED this 24th day of May, 2007.

Respectfully submitted,

DORSEY & WHITNEY LLP

Paul T. Meiklejohn, WSBA No. 17477
Mark S. Carlson, WSBA No. 17493
Brian C. Park, WSBA No. 25584
U.S. Bank City Centre Building
1420 Fifth Avenue, Suite 3400
Seattle, Washington 98101
Telephone: (206) 903-8800
Facsimile: (206) 903-8840

Attorneys for Plaintiff
WizKids, Inc.

COMPLAINT FOR DECLARATORY JUDGMENT — 5

DORSEY & WHITNEY LLP
U.S. BANK CITY CENTRE BUILDING
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
(206) 903-8800