UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WIZKIDS, INC.,

          Plaintiff(s),

  v.

WIZARDS OF THE COAST, INC.,

          Defendant(s).

NO. C07-809MJP

MINUTE ORDER

      The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

      The Court conferred by phone on this date with counsel for both parties concerning a summary judgment filed by Plaintiff on February 21, 2008 (Dkt. No. 32).  Following the discussion, it was agreed that the parties would submit their arguments concerning the propriety of the summary judgment motion in the unified document format outlined in CR 37.

      Following submission of the unified document, the Court will review the parties' arguments and either strike the summary judgment motion or re-note it from the date of the Court's ruling. Plaintiff's pending summary judgment motion will be taken off the motions calendar until that time.

      Filed this 25th day of February, 2007.

                                    BRUCE RIFKIN, Clerk

                                    By    /s Mary Duett
                                            Deputy Clerk

MINUTE ORDER