UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WIZKIDS, INC.,

          Plaintiff(s),

  v.

WIZARDS OF THE COAST, INC.,

          Defendant(s).

NO. C07-809MJP

ORDER ON MOTIONS

The above-entitled Court, having received and reviewed:

1. Motion to Strike Motion for Summary Judgment (Dkt. No. 36)

2. Motion for Leave to File Surreply (Dkt. No. 42)

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS ORDERED that the Motion for Leave to File Surreply is DENIED.

IT IS FURTHER ORDERED that the Motion to Strike Motion for Summary Judgment is GRANTED.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: March 17, 2008

*Marsha J. Pechman* (signature)

Marsha J. Pechman
U.S. District Judge

ORD ON - 1