UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WIZKIDS, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> WIZARDS OF THE COAST, INC., <br><br> Defendant(s). | NO. C0-MJP <br><br> ORDER DENYING PLAINTIFF'S MOTION TO PROHIBIT DISCLOSURE OF CONFIDENTIAL ATTORNEYS' EYES ONLY DOCUMENTS TO LUKE PETERSCHMIDT |

The above-entitled Court, having received and reviewed:

1. Plaintiff's Motion to Prohibit Disclosure o Confidential Attorneys' Eyes Only Documents to Luke Peterschmidt (Dkt. No. 35)

2. Defendant's Response (Dkt. No. 45)

3. Plaintiff's Reply (Dkt. No. 52)

4. Defendant's Request to File Surreply and Peterschmidt Declaration (Dkt. Nos. 54, 55)

5. Plaintiff's Response to Request for Leave to File Surreply (Dkt. No. 61)

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS ORDERED that the motion is DENIED. WizKids is protected from the disclosure or use of its confidential information by the terms of the protective order. Mr. Peterschmidt has agreed to be bound by those terms and represents that he does not have a conflict. The Court is satisfied.

Dated: April 1, 2008

Marsha J. Pechman
U.S. District Judge

ORD ON MTN TO PROHIBIT - 1