UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WIZKIDS, INC.,

          Plaintiff(s),

  v.

WIZARDS OF THE COAST, INC.,

          Defendant(s).

NO. C07-809MJP

ORDER DENYING DEFENDANT'S MOTION TO PROHIBIT DISCLOSURE OF CONFIDENTIAL DOCUMENTS AND INFORMATION

The above-entitled Court, having received and reviewed:

1. Defendant's Motion to Prohibit Disclosure of Confidential Documents and Information to Steven G. Jackson (Dkt. No. 82)

2. Plaintiff's Memorandum in Opposition (Dkt. No. 93)

3. Wizards of the Coast's Reply (filed under seal)

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS ORDERED that the motion is DENIED.

The Court understands that Plaintiff's expert Mr. Jackson stands in a different position than the expert who was the subject of the previous motion to prohibit disclosure. (See Plaintiff's Motion to Prohibit Disclosure filed on March 4, 2008, Dkt. No. 35.) Nevertheless, the infringement claim concerning Mr. Jackson and Defendant is entirely unrelated to the matters at issue in this case, and in the present motion Defendant is never specific about the nature of the harm they seek to prevent or exactly what secret or proprietary information they would be giving up.

Dated: June 17, 2008

                                        Marsha J. Pechman
                                        U.S. District Judge

ORD ON MTN TO PROHIBIT - 1